| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:*  310-826-7474<br><br>*Attorney For:*  Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*
4849-002C

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

*Plaintiff:*  REDSTONE LOGICS LLC
*Defendant:*  MEDIATEK, INC., et al

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>7:24-cv-00029 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. *a.*  *Party served:*  MEDIATEK USA, INC
   *b.*  *Person served:*  George Martinez, authorized to accept service for CT Corporation System, agent for service of process. , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*  1999 Bryan Street Suite 900, Dallas, TX 75201

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 30 2024 (2) at: 12:45 PM

6. *Person Who Served Papers:*
   a. Kim Shaw
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

       d. **The Fee** *for Service was:*  $302.85

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



1/31/2024
*(Date)*

*(Signature)*

**PROOF OF SERVICE**

10332360
*(5597451)*