UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MEDIATEK, INC. and<br>MEDIATEK USA, INC.,<br><br>*Defendants*. | Case No. 7:24-cv-00029 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants MediaTek USA Inc. ("MediaTek USA") and MediaTek Inc., by and through their undersigned counsel, pursuant to Local Rule CV-7, file this Unopposed Motion for an Extension of Time to Respond to Plaintiff Redstone Logics LLC's ("Redstone") Complaint.

The Complaint was served on MediaTek USA on January 30, 2024, and the current response date is February 20, 2024. MediaTek Inc. (a foreign entity) waived service of process on February 14, 2024, making its response due on May 14, 2024.

The parties have met and conferred per L.R. CV-7(g). MediaTek USA has requested and Redstone has consented to a 90-day extension for MediaTek USA to answer or respond to the Complaint, corresponding with the response date of MediaTek Inc. The additional 90 days will not alter the date of any event or any deadline already fixed by Court order. The new response date will be May 14, 2024 for both defendants.

MediaTek USA and MediaTek Inc. respectfully request that the Court enter an order granting the 90-day extension.

1

Dated:  February 16, 2024                        Respectfully submitted,

                                         By:   */s/ Christopher Kao*
                                                Christopher Kao (*admitted*)
                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                Four Embarcadero Center, 22nd Floor
                                                San Francisco, CA  94111
                                                Telephone: 415-983-1000
                                                Email:  christopher.kao@pillsburlaw.com

*Counsel Specially Appearing for Defendants MediaTek USA Inc. and MediaTek Inc.*

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned, outside counsel for Defendants hereby certifies on behalf of Defendants that on February 13, 2024, he conferred by email with Mr. Reza Mirzaie, counsel for Plaintiff, and that Plaintiff is unopposed to the relief requested herein.

                                                          */s/ Christopher Kao*
                                                            Christopher Kao

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                          */s/ Christopher Kao*
                                                            Christopher Kao