UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, *Plaintiff*, v. MEDIATEK, INC. and MEDIATEK USA, INC., *Defendants*. | Case No. 7:24-cv-00029 |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of MediaTek USA Inc. and MediaTek Inc.'s ("Defendants") Unopposed Motion for Extension of Time to File Answer:

IT IS ORDERED that the motion is granted, and the new response date for Defendants to answer or otherwise respond to Plaintiff's Complaint is May 14, 2024, which aligns with the original response date of MediaTek Inc

Entered this 23rd day of February, 2024

_____
Honorable Derek T. Gilliland
United States Magistrate Judge