UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>　　　　　Defendants. | Case No. 7:24-cv-00029 |

**DECLARATION OF CHRISTOPHER KAO IN SUPPORT OF
DEFENDANT RAZER INC.'S MOTION TO DISMISS**

I, Christopher Kao, declare as follows:

　　1.　　I am a partner with Pillsbury Winthrop Shaw Pittman LLP, counsel for MediaTek Inc. and MediaTek USA, Inc. in the above-captioned matter.

　　2.　　The statements herein reflect my personal knowledge and belief based on reasonable investigation and information presently known to me. If called to as a witness, I could testify competently thereto.

　　3.　　Attached as Exhibit 1 is a true and correct copy of an Office Action dated August 29, 2012, from the prosecution history of U.S. Patent App. 12/713,220.

　　4.　　Attached as Exhibit 2 is a true and correct copy of a Response to Office Action dated November 29, 2012, from the prosecution history of U.S. Patent App. 12/713,220.

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of May 2024, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher Kao*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher Kao