UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint under 12(b)(6) and 8(a)(2) of the Federal Rules of Civil Procedure.

Having duly considered the moving and opposition papers, arguments of counsel, and all other matters and evidence submitted to the Court in relation to the Motion,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED in its entirety and the present action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

4863-2802-6558