UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029 |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANTS MEDIATEK INC. AND MEDIATEK USA INC.**

Pursuant to Fed. R. Civ. P. 7.1, MediaTek Inc. hereby states that no publicly held company owns 10% or more of MediaTek Inc.'s stock.

Pursuant to Fed. R. Civ. P. 7.1, MediaTek USA Inc. hereby states that it is wholly owned, indirectly, by MediaTek Inc. (located in Hsinchu City, Taiwan) through MediaTek Investment Singapore Pte. Ltd., Gaintech Co. Limited, and MTK Wireless Limited (UK).  No publicly held company owns 10% or more of MediaTek Inc.'s stock.

Dated:  May 15, 2024

Respectfully submitted,

By:   */s/ Christopher Kao*
Christopher Kao (*admitted*)
  christopher.kao@pillsburylaw.com
Brock S. Weber (*admitted*)
  brock.weber@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000
Facsimile:  415.983.1200

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*

1