IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>            Defendants. | Case No.  7:24-cv-00029 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Redstone Logics LLC files this Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Dkt. 10). Plaintiff requests a two-week extension of time for Plaintiff to file their response to Defendants' motion from May 28, 2024 to June 11, 2024. Redstone has been diligently preparing its response and respectfully requests a brief extension of time in order to continue preparing its response.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Counsel for the parties have conferred and Defendants do not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

Dated: May 28, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
RUSS AUGUST & KABAT
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374

1

Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                                                              */s/ Reza Mirzaie*
                                                                                              Reza Mirzaie