UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>        Defendants. | Case No. 7:24-cv-00029-DC-DTG |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

Defendants MediaTek, Inc. and MediaTek USA, Inc. (together "Defendants") file this Unopposed Motion for Extension of Time to Respond to Plaintiff's Opposition to Defendants' Motion to Dismiss [Dkt. 13].  Defendants request a one-week extension of time to respond to Plaintiff's Opposition to Defendants' Motion to Dismiss from June 18, 2024 to June 25, 2024.

Defendants have been diligently preparing their reply and respectfully request a brief extension of time in order to continue preparing its reply.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Counsel for the parties have conferred and Plaintiff does not oppose this extension. Accordingly, Defendants request that the Court grant the motion and enter the attached proposed Order.

Dated:  June 17, 2024

Respectfully submitted,

By:   */s/ Christopher Kao*
Christopher Kao (*admitted*)
  christopher.kao@pillsburylaw.com
Brock S. Weber (*admitted*)
  brock.weber@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000 / Facsimile:  415.983.1200

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*