UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>  Defendants. | Case No. 7:24-cv-00029-DC-DTG |

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

On this date the Court considered the Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiff's Opposition to Defendants' Motion to Dismiss, filed by Defendants.  Based on the motion and the grounds set forth therein, and noting that the motion is unopposed, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time should be granted.

THEREFORE, IT IS HEREBY ORDERED that Defendants' time to respond to the Opposition filed by Plaintiff (Dkt. No. 13) shall be extended by one-week, from June 18, 2024 to June 25, 2024.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Derek T. Gilliland
United States Magistrate Judge