UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029 |

## DEFENDANTS' NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Defendants MEDIATEK, INC. and MEDIATEK USA, INC. Please direct and serve all notices, pleadings, papers and other material relevant to this action to Mr. Benjamin L. Bernell at the address listed below.

Dated:  August 1, 2024

Respectfully submitted,

By: */s/ Benjamin L. Bernell*
Benjamin L. Bernell (TX Bar No. 24059451)
    ben.bernell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701
Telephone: 512-580-9608
Facsimile:  512-580-9601

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2024, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Benjamin L. Bernell*
Benjamin L. Bernell
