IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, Inc.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00028-DC-DTG |
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00029-DC-DTG |

**JOINT MOTION FOR SCHEDULING ORDER**

Pursuant to the Court's instructions at the August 22, 2024 case management conference, the parties jointly submit the attached proposed scheduling order to govern the above-captioned cases.

Dated: August 26, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  */s/ Peter Tong*

　　　　　　　　　　　　　　　　　　　**RUSS AUGUST & KABAT**
　　　　　　　　　　　　　　　　　　　Reza Mirzaie, SBN 246953
　　　　　　　　　　　　　　　　　　　Email: rmirzaie@raklaw.com
　　　　　　　　　　　　　　　　　　　Marc A. Fenster, SBN 181067
　　　　　　　　　　　　　　　　　　　Email: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　　Neil A. Rubin, SBN 250761
　　　　　　　　　　　　　　　　　　　Email: nrubin@raklaw.com
　　　　　　　　　　　　　　　　　　　Christian W. Conkle, SBN 306374
　　　　　　　　　　　　　　　　　　　Email: cconkle@raklaw.com
　　　　　　　　　　　　　　　　　　　Jonathan Ma, SBN 312773

1

Email: jma@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Richard S. Zembek*

Richard S. Zembek
Texas State Bar No. 00797726
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
richard.zembek@nortonrosefulbright.com
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

COUNSEL FOR DEFENDANT NXP USA, INC.

By: */s/ Benjamin L. Bernell*

Christopher Kao (*admitted*)
  christopher.kao@pillsburylaw.com
Brock S. Weber (*admitted*)
  brock.weber@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**

3

       4 Embarcadero Center, 22nd Floor
       San Francisco, CA  94111
       Telephone:  415.983.1000
       Facsimile:   415.983.1200

       Benjamin L. Bernell (TX Bar No. 24059451)
       ben.bernell@pillsburylaw.com
       **Pillsbury Winthrop Shaw Pittman LLP**
       401 Congress Avenue, Suite 1700
       Austin, TX  78701-3797
       Telephone: 512.580.9600
       Facsimile:  512.580.9601

       *Counsel for Defendants*
       *MediaTek USA Inc. and MediaTek Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                  */s/ Peter Tong*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

                                                  */s/ Peter Tong*