UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC § 
 § CIVIL NO:
vs. § MO:24-CV-00029-DC
 §
MEDIATEK, INC., MEDIATEK USA, INC. §

## ORDER RESETTING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Monday, May 04, 2026 at 09:00 AM**.

IT IS SO ORDERED this 28th day of August, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE