IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00029-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Redstone Logics LLC certifies that Granite IP, LLC owns 100% of Redstone, and Bedrock IP Co., Ltd. owns 100% of Granite IP, LLC.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com

1

Email: jma@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

***ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 23, 2024 with a copy of this document via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie