UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029-DC-DTG |

**<u>DECLARATION OF CHRISTOPHER KAO IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Christopher Kao, hereby declare as follows:

1. I am a Partner at Pillsbury Winthrop Shaw Pittman LLP. I am counsel for Defendants MediaTek, Inc. and MediaTek USA, Inc., (together "MediaTek") in this matter. The statements herein reflect my personal knowledge and belief based on reasonable investigation and information presently known to me. If called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of MediaTek's Opening Claim Construction Brief.

3. Attached hereto as Exhibit **A** is a true and correct copy of U.S. Patent No. 8,549,339.

4. Attached hereto as Exhibit **B** is a true and correct copy of the prosecution history of U.S. Patent No. 8,549,339.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of December 2024, at San Francisco, California.

By: /s/ Christopher Kao
Christopher Kao (*admitted*)

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*