# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>   Plaintiff,<br> v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.<br><br>   Defendants. | Case No. 7:24-cv-00029-DC-DTG |

### DECLARATION OF REZA MIRZAIE IN SUPPORT OF
### PLAINTIFFS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiffs' Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Dynamic Voltage and Frequency Scaling Circuits with Two Supply Voltages by Cheng et al.

3. Attached as Exhibit 2 is a true and correct excerpts of the Declaration of R. Jacob Baker, PH.D., P.E. In Support of Petition For *Inter Partes* Review of U.S. Patent No. 8,549,339.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2025 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie