**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029-DC-DTG<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's First Amended Scheduling Order (Dkt. 28), the Parties submit this Joint Claim Construction Statement. The claim terms identified below as agreed upon or being in dispute are found in U.S. Patent No. 8,549,339 (Dkt. 1-1).

**LIST OF DISPUTED TERMS**

| | Claim Term | Claims | Redstone's Proposed Construction | MediaTek's Proposed Construction |
|---|---|---|---|---|
| 1. | "each processor core from the first/second set of processor cores is configured to dynamically receive a first/second supply voltage [from a power control block] and a first/second output clock signal" [MediaTek Term] | 1, 21 | Plain and ordinary meaning | Indefinite |
| 2. | "one or more control blocks located in a periphery of the multi-core processor" [MediaTek Term] | 5 | Plain and ordinary meaning | Indefinite |

- 1 -

| | **Claim Term** | **Claims** | **Redstone's Proposed Construction** | **MediaTek's Proposed Construction** |
|---|---|---|---|---|
| 3. | "common region that is substantially central to the first set of processor cores and the second set of processor cores" [MediaTek Term] | 14 | Plain and ordinary meaning | Indefinite |

**LIST OF AGREED UPON TERMS**

| | **Claim Term** | **Claims** | **Agreed Upon Construction** |
|---|---|---|---|
| 4. | "set of processor cores," [Redstone Term] | 1, 5, 8, 14, 21 | "group of two or more processor cores"[1] |

---

[1] Plaintiff Redstone proposed this term for construction and proposed that it mean "set of two or more processor cores," which is circular. Furthermore, MediaTek proposed that this term be afforded its plain and ordinary meaning, but agreed to the construction herein solely as a compromise to streamline the litigation, especially as MediaTek understands that it was agreed to in related litigation, *Redstone Logics LLC v. NXP Semiconductors N.V. et al.*, No. 7:24-cv-00028-DC-DTG (W.D. Tex.). MediaTek's compromise on this term is without prejudice to its right to argue otherwise in another proceeding, such as on appeal or in IPR. Plaintiff does not endorse this reservation of rights.

Dated: February 10, 2025

By: */s/ Reza Mirzaie*

Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
Texas State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, Texas 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Counsel For Plaintiff Redstone Logistics LLC*

Respectfully submitted,

By: */s/ Brock S. Weber*

Christopher Kao (*admitted*)
christopher.kao@pillsburylaw.com
Brock S. Weber (*admitted*)
brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000
Facsimile:   415.983.1200

*Counsel for Defendants
MediaTek USA Inc. and MediaTek Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 10, 2025 with a copy of this document via the Court's CM/ECF System.

*/s/ Reza Mirzaie*
Reza Mirzaie
