UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIATEK, INC. and MEDIATEK USA, INC.,<br><br>    Defendants. | Case No. 7:24-cv-00029-DC-DTG |

## DEFENDANTS' NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Defendants MEDIATEK, INC. and MEDIATEK USA, INC.  Please direct and serve all notices, pleadings, papers and other material relevant to this action to Mr. Brock S. Weber at the address listed below.

Dated:  February 14, 2025

Respectfully submitted,

By:   */s/ Brock S. Weber*
Brock S. Weber (*admitted*)
  brock.weber@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000
Facsimile:   415.983.1200

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                */s/ Brock S. Weber*
                                                Brock S. Weber

4903-4895-7211