IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.,<br><br>*Defendants*. | Case No. 7:24-cv-00029-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDCIE

On this day, Plaintiff Redstone Logics LLC ("Plaintiff") and Defendants MediaTek, Inc. and MediaTek USA, Inc. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses and/or counterclaims for relief against plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered the request, is of the opinion that their request for dismissal should be granted.

IT IS THERFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.